EVANS, Circuit Judge,
dissenting.
When originally dissenting to the opinion we have now vacated, Venturelli v. ARC Community Services, Inc., 336 F.3d 606, 618 (7th Cir.2003), I noted that this case was much closer to Maldonado v. U.S. Bank, 186 F.3d 759 (7th Cir.1999), than Trowpe v. May Department Stores Co., 20 F.3d 734 (7th Cir.1994). In the majority’s new opinion, Maldonado is not mentioned, and a question left unanswered the first time around — whether Mr. Collins was “a decisionmaker” — is answered against Ms. Venturelli, as the court now concludes as a matter of law that he was not. That conclusion, given that ARC was a small operation and Collins was its comptroller, is questionable. But the conclusion certainly does one thing — it excuses the majority from laying Collins’ stereotyping remarks on ARC’S doorstep. I think the facts — including whether Collins was a de-cisionmaker — are sufficiently in dispute so as to preclude summary judgment. I would let a jury decide this case, and so I continue to dissent.